UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRADLEY A. WERNER, JR.,

                Plaintiff,

    -against-

THE CITY OF NEW YORK, ET AL.,

                Defendants.

25 CIVIL 0939 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the November 19, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

    SO ORDERED.

Dated:    November 20, 2025

          New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge